RICHARD DOYLE, City Attorney (#88625)
NORA FRIMANN, Assistant City Attorney (#93249)
RANDOLPH S. HOM, Senior Deputy City Attorney (#152833)
Office of the City Attorney
200 East Santa Clara Street
San José, California  95113-1905
Phone: (408) 535-1900
Fax:     (408) 998-3131
E-Mail: CAO.Main@sanjoseca.gov

Attorney for Defendants CITY OF SAN JOSE,
also erroneously sued herein as SAN JOSE
POLICE DEPARTMENT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| JoANNE RICE, AMERICA SAVIN, PERRY NELSON, AND W.N., a minor, by and through his Guardian Ad Litem, AMERICA SAVIN,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN JOSE, SAN JOSE POLICE DEPARTMENT, DOES ONE through TEN, inclusive,<br><br>Defendants. | NO.  2:13-CV-00334-TLN-CKD<br><br>**STIPULATION AND ORDER TO STAY ENTIRE ACTION; DECLARATIONS OF BRIAN SPEARS AND CHARLES GILLINGHAM IN SUPPORT OF STAY OF ENTIRE ACTION**<br><br>Courtroom:   2<br>Judge:          The Honorable<br>                     Troy L. Nunley |

**THE PARTIES BY AND THROUGH THEIR RESPECTIVE COUNSEL HEREBY STIPULATE AS FOLLOWS:**

1. Plaintiffs' Complaint alleges several causes of action arising from the search for the fugitive Steve Ruiz at the residence located at 3705 McDonald Boulevard in Stockton, California ("residence") on October 22, 2009. To this end, during the course of litigation Defendants will need to disclose witnesses, some of whom may be confidential informants, and documents, to demonstrate the association between Ruiz, Plaintiffs, and/or the subject residence.  (See Declarations of Brian Spears and Charles Gillingham)

2. According to San Jose Police Department ("SJPD") Homicide Detective Brian Spears, confidential informant(s) advised SJPD on October 15, 2011 that Steve Ruiz

4

Stipulation and Order to Stay Entire Action; Declarations of Brian Spears and Charles Gillingham in Support of
Stay of Entire Action                                                                                                      Case No. 2:13-CV00334-KJM

fatally shot Steve Tausan, an active member of the Hells Angels Motorcycle Club, at a funeral ceremony attended by five thousand persons at the Oak Hill Cemetary in San Jose, for Jeffrey "Jethro" Pettigrew, a Hells Angels member who was shot to death at a Reno casino. (See Declarations of Brian Spears and Charles Gillingham). The confidential informant(s) further advised SJPD that after the shooting Ruiz fled to the residence. (See Declarations of Brian Spears and Charles Gillingham).

3. Based on this information, SJPD, in cooperation with the Stockton Police Department, attempted to serve a search warrant at the residence, seeking the capture of Ruiz. (See Declarations of Brian Spears and Charles Gillingham). Subsequent to the search of the residence, Plaintiffs advised SJPD that Ruiz had left the residence during the prior evening. (See Declarations of Brian Spears and Charles Gillingham).

4. Significantly, all law enforcement activity related to the ongoing homicide investigation and pending criminal case arise out of SJPD Case No. 11-288-0459, which includes but is not limited to all search warrant(s) which were issued under seal related to the search of the residence, and interviews of confidential informant(s) and witnesses associated with the law enforcement operation. (See Declarations of Brian Spears and Charles Gillingham).

5. Moreover, the Santa Clara District Attorneys Office and SJPD, are informed and believe that based on Ruiz' association with the Plaintiffs, he may be able to obtain information from this civil action to his advantage in the ongoing homicide investigation and pending criminal prosecution. Due to the ongoing nature of the law enforcement investigation and pending criminal prosecution against Ruiz, the involvement of gangs, the violent homicides related to this case, and the potential for witness intimidation and assassinations, SJPD and the Santa Clara County District Attorney's Office have not released any documentation related to the case. (See Declarations of Brian Spears and Charles Gillingham).

6. Based on the grounds that the ongoing criminal investigation and pending State criminal charges resulting from the arrest of Steve Ruiz for violation of California Penal

4

Stipulation and Order to Stay Entire Action; Declarations of Brian Spears and Charles Gillingham in Support of Stay of Entire Action                                                                                                Case No. 2:13-CV00334-KJM

1  Code section 187 are inextricably related to the causes of action in the within civil action,
2  the lack of prejudice and reduced burden to the parties, and in the interests of judicial
3  economy and the public, the parties stipulate that the entire civil action be stayed.  *Keating*
4  *v. Office of Thrift Supervision*, 45 F.3d 322, 324-25 (9th Cir. 1995).[1] Specifically, the parties
5  request that the court stay the entire civil action for an initial six month period subject to an
6  extension that will be based on information provided by the SJPD and/or Santa Clara
7  County District Attorney's Office.

                                                                Respectfully submitted,

Dated:  June 25, 2013                        RICHARD DOYLE, City Attorney

By:     /s/ *Randolph S. Hom*
          RANDOLPH S. HOM
          Sr. Deputy City Attorney

Attorney for Defendant
CITY OF SAN JOSE

---

[1] See also *St. Paul Fire and Marine Ins. Co. v. U.S.*, 24 Cl.Ct. 513, 515-17 (Cl.Ct. 1991); *U.S. v. Any and All Assets of that Certain Business Known as Shane Co.,* 147 F.R.D. 99, 101 (M.D.N.C. 1992); *Landis v. North American Co*., 299 U.S. 248, 254-56 (1936); *Securities and Exch. Comm'n v. Dresser Indus., Inc*., 628 F.2d 1368, 1375-76 (D.C. Cir. 1980) (en banc); *Favaloro v. S/S Golden Gate,* 6687 F.Supp. 475, 482 (N.D. Cal. 1987); *Horn v. District of Columbia*, 210 F. R.D. 13, 15 (D.D.C. 2002) (citing Landis, 299 U.S. at 254-55); *Campbell v. Eastland,* 307 F.2d 478, 487 (5th Cir. 1962); *Degen v. United States*, 517 U.S. 820, 825 (1996); *Lockyer v. Mirant Corp*., 398 F.3d 1098, 1111 (9th Cir. 2005); *Maloney v. Gordon*, 328 F.Supp.2d 508, 513 (D.Del. 2004); *Golden Quality Ice Cream Co., Inc. v. Deerfield Specialty Papers, Inc*., 87 F.R.D. 53, 58 (D.C. Pa. 1980); *Grubbs, et al. v. Irey*, 2008 U.S. Dist. LEXIS 26758 (E.D. Ca. 2008)

4

Stipulation and Order to Stay Entire Action; Declarations of Brian Spears and Charles Gillingham in Support of Stay of Entire Action                                                                  Case No. 2:13-CV00334-KJM

Respectfully submitted,

Dated: June 25, 2013          LAW OFFICES OF JEFFREY A. SILVIA,

By:   /s/ Jeffrey A. Silvia
         JEFFREY A. SILVIA

Attorney for Plaintiffs
JoANN RICE, AMERICA SAVIN, PERRY NELSON, AND W.N., A MINOR

Respectfully submitted,

Dated: June 25, 2013          MICHAEL F. BABITZKE, INC.,

By:   /s/ Michael F. Babitzke
         MICHAEL F. BABITZKE

Attorney for Plaintiffs
JoANN RICE, AMERICA SAVIN, PERRY NELSON, AND W.N., A MINOR

**GOOD CAUSE APPEARING, IT IS SO ORDERED.**

Dated: July 5, 2013

*[signature]*

Troy L. Nunley
United States District Judge

4

Stipulation and Order to Stay Entire Action; Declarations of Brian Spears and Charles Gillingham in Support of Stay of Entire Action
Case No. 2:13-CV00334-KJM